UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

| | |
|---|---|
| AGRO DISTRIBUTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED & MOHAMED, INC. d/b/a<br>MOHAMED & MOHAMED PARTNERS;<br>CHANDLER B. MOHAMED and<br>DEBORAH A. MOHAMED,<br><br>Defendants. | Case No. 4:09-CV-0042-M-S |
| AGRO DISTRIBUTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>MOHAMED BROTHERS, INC.,<br>CHANDLER B. MOHAMED and OLLIE<br>LANCE MOHAMED,<br><br>Defendants. | CONSOLIDATED<br><br>Case No. 4:09-CV-0043-M-S |

## ORDER CONSOLIDATING CASES

These cases are before the court on Defendants' Motions to Consolidate. Having duly considered the submissions of the parties, the record, and the applicable law, the court is of the opinion that the motions should be granted.

These cases share the same plaintiff and a defendant, Chandler Mohamed. Both cases involve similar contract claims against Mr. Mohamad and one of his business entities. Additionally, both cases involve the same attorneys for the parties and they have both been assigned to the same judges. The plaintiff objects to consolidation of the cases essentially because the issues and parties

in each case are not identical.  Additionally, the plaintiff contends that it would be prejudiced by a consolidation because of the possibility that weak evidence against one set of defendants might "taint the jury's required impartial consideration of the second claim."  Because these cases share similar parties and claims and because any prejudice to the plaintiff is speculative at best, these cases should be consolidated in the interest of judicial economy.  Accordingly, it is, therefore.

ORDERED that the defendants' motion to consolidate is hereby **GRANTED**, and these cases are hereby consolidated for all purposes, including trial.  Cause No. 4:09cv42 shall be designated as the lead case, and all filings shall be made in said cause. The court directs the Clerk to proceed accordingly.

This 23rd day of July, 2009.

/s/ David A. Sanders
UNITED STATES MAGISTRATE JUDGE